(12-12-07)

United States District Court for The District of Columbia:

David Crum - Plaintiff
v.
Bureau of Prisons, etc. - Defendants'

**FILED**
JAN 18 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

08 0109

Application To Proceed in forma Pauperis and Affidavit, Pursuant to 28 U.S.C. 1915:

I the Plaintiff, David Crum, Hereby Declare that I am unable to pay the Costs of these proceedings and that I am entitled to the Relief sought in the Complaint; A six month finance Statement is additionally attached: The Nature of this Subject Action is a long Pattern of Discrimination Acts against the Plaintiff, that directly, Deprive the Plaintiff of Due Process of Law, and Cruel and Unusual Punishments; Inflicted:

Respectfully Submitted,

CASE MANAGER, AUTHORIZED BY ACT OF JULY 7,
1955, AS AMENDED TO ADMINISTER OATHS
(18 USC 4004).

Original Signature Mr. David Crum

Beckley, P.O. Box 350, Beaver, W.V. (25813)

**RECEIVED**
DEC 26 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

# Inmate Inquiry                                                                 🖨 PRINT

| | | | |
|---|---|---|---|
| Inmate Reg #: | 05361016 | Current Institution: | Beckley FCI |
| Inmate Name: | CRUM, DAVID | Housing Unit: | BEC-P-A |
| Report Date: | 11/12/2007 | Living Quarters: | P02-812L |
| Report Time: | 9:35:00 AM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---:|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 6735 |
| PAC #: | 297768434 |
| FRP Participation Status: | No Obligation |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 10/16/2002 |
| Local Account Activation Date: | 7/1/1991 |
| Sort Codes: | |
| Last Account Update: | 11/7/2007 5:31:22 PM |
| Account Status: | Active |
| Phone Balance: | $0.15 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

## Account Balances

| | |
|---:|---|
| Account Balance: | $0.65 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.48 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $0.17 |
| National 6 Months Deposits: | $6.24 |
| National 6 Months Withdrawals: | $6.29 |
| National 6 Months Avg Daily Balance: | $1.64 |
| Local Max. Balance - Prev. 30 Days: | $1.65 |
| Average Balance - Prev. 30 Days: | $0.48 |
| Inmate Qualifies for OTC Medication | |