**F1LED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAN 1 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| David Crum, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Civil Action No.  **08 0109** |
| | ) |
| Bureau of Prisons *et al.*, | ) |
| | ) |
| Defendants. | ) |

TRANSFER ORDER

This matter is before the Court on plaintiff's *pro se* complaint and application to proceed

*in forma pauperis*. Plaintiff is a prisoner at the Federal Correctional Institution Beckley in

Beaver, West Virginia. Proceeding under 42 U.S.C. § 1983, plaintiff alleges civil rights

violations stemming from decisions by prison officials concerning his requests to be transferred

or released. He seeks, among other relief, $1 million in monetary damages.

The events forming the basis of the complaint are not alleged to have occurred in the

District of Columbia; thus, this venue is improper for litigating the § 1983 claim. S*ee* 28 U.S.C.

§ 1391(b) (designating the proper venue under the circumstances presented as the location where

a substantial part of the events occurred). Moreover, to the extent that plaintiff is challenging the

fact or duration of his confinement, he may not collect monetary damages without first

invalidating his sentence through, *inter alia*, a writ of *habeas corpus, Heck v. Humphrey*, 512

U.S. 477, 486-87 (1994), which must be brought in the judicial district having personal

jurisdiction over plaintiff's warden. *Stokes v. U.S. Parole Commission*, 374 F.3d 1235, 1239

(D.C. Cir. 2004). Plaintiff acknowledges that he has a case pending in the court properly

situated to hear his claims, *i.e.*, the Southern District of West Virginia, in which "certain facts are

related." Compl. at 2. It is unclear why he submitted the current complaint here. In any event,

3

the Court finds it in the interests of justice and judicial economy to transfer this case.

Accordingly, it is this ___9th___ day of January 2008,

ORDERED that, pursuant to 28 U.S.C. § 1406(a), this action is hereby TRANSFERRED

to the United States District Court for the Southern District of West Virginia. The Clerk of this

Court shall file and docket the complaint. Whether plaintiff should be permitted to proceed

further without prepayment of fees is a determination to be made by the transferee court.

_____
United States District Judge

2